No. 510.   LEONARD *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted.   The motion to remand is granted and the case is remanded to the United States District Court for the District of Wyoming for consideration of a settlement agreement.   Petitioner *pro se.   Solicitor General Rankin* for the United States.

No. 498, Misc.   NAGLE *v.* PENNSYLVANIA.

*Per Curiam:* The appeal is dismissed.   *Charles F. G. Smith* for appellant.

No. 36.   ALLEGHANY CORPORATION ET AL. *v.* BRESWICK & CO. ET AL.; and

No. 114.   INTERSTATE COMMERCE COMMISSION *v.* BRESWICK & CO. ET AL.   Appeals from the United States District Court for the Southern District of New York. (Probable jurisdiction noted, 351 U. S. 903, 352 U. S. 816.) The motion of appellees for special leave to file supplemental brief after argument is granted.   *George Brussel, Jr.* for Breswick & Co. et al., and *Randolph Phillips, pro se,* appellees.

No. 103.   NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS LOCAL UNION No. 449, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, A. F. L.   Certiorari, 352 U. S. 818, to the United States Court of Appeals for the Second Circuit.   The motion of Linen and Credit Exchange et al. for special leave to file *amici curiae* brief after argument is denied.